ORDERED UNSEALED on 05/28/2024   s/ andreasar

~~SEALED~~
s/ A. Santiago

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jacob Dominic Enriquez, <br><br> Defendant. | Case No. 24-MJ-08463-LR <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18, U.S.C., § 875 (c) – Interstate Communications – Threats to Injure |

The undersigned complainant being duly sworn states:

On or about May 23, 2024, within the Southern District of California, defendant JACOB DOMINIC ENRIQUEZ did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; in violation of Title 18, United States Code, Section 875(c), a felony.

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated

_Mitchel J Burkholder_
_____
MITCHEL J. BURKHOLDER, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the reqwuirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of May 2024.

_____
Lupe Rodriguez, Jr.
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

1. On May 23, 2024, at approximately 1:35 P.M., David Creiglow, Imperial County Emergency Medical Services (EMS) and Disaster Preparedness Manager, contacted Federal Bureau of Investigation (FBI) Special Agent (SA) Mitchel Burkholder regarding a potential threat to life of a Drug Enforcement Administration (DEA) Special Agent and his family. Creiglow reported that at approximately 1:30 P.M. on May 23, 2024, he viewed the Imperial County EMS general mailbox and observed that a threatening email had been received at approximately 11:16 A.M.

2. The email contaning the threats is as follows:

> **David Creiglow**
>
> From: Jacob Enriquez <batericide88@aol.com>
> Sent: Thursday, May 23, 2024 11:16 AM
> To: Emergency Medical Services
> Subject: I am going to eat your babies SDSU-IV alive
>
> **CAUTION:** This email originated outside our organization; please use caution.
>
> You need to assassinate the DEA agent on the cul de sac on Lenrey on El Centro if you want your chidren to survive.
>
> It does not look well for your weak and sissy political tribe. You are stupid. You are shit inside and outside. You need to start killing the SPIES and their tasty children and make SNUFF films with them.
>
> If you FUCK with myself I am very will known again on the streets I will torture and eat your BABIES and your severed limbs in front of you and then cum on your dying corpses.
>
> FUCK YOU. FUCK YOUR FAMILY. THE POLICE will not save you.
>
> Your babies are dead. Who is responsible the spies are. Go to the SDSU-IV and take them out for some screams.
>
> Stay the fuck away from myself on the streets you cunt bitch or I will cut your asshole open in front of your kids and pray as you die. AMEN.

3. While the Imperial County EMS has several staff members with access to the inbox, Creiglow was the first to see the above threatening email. A couple days prior to receiving the above-referenced email, an Imperial County EMS staff member received a voicemail on the staff member's work phone, which contained someone rambling about a false arrest and complaining about local police.

4. According to AOL subscriber records, the email address of batericide88@aol.com is subscribed to "Jacob Enriquez" with a recovery phone number of

"760-562-1342." According to FBI records, this same phone number is attributed to Jacob Dominic Enriquez. The subscriber records also provided a recovery phone number. Based on a commercial source database search, that phone number is registered to Jacob Dominic Enriquez.

5.  On or about April 19, 2024, an email was sent from "batericide88@aol.com" to a person who worked at El Centro Dematology. The email address was from "Jacob Enriquez" with an email address of bactericide88@aol.com. The email said in sum and substance: "Ladies because of your great stupidity you have killed the chief of El Centro Police and his family." The email also stated in sum and substance: "ECPD Robert Sawyer is a deadman." After receiving this message, ECPD made contact with JACOB DOMINIC ENRIQUEZ at his home on West Euclid Ave in El Centro, California, on April 20, 2024. ECPD told him that they were there to ask him about emails that were being sent and if he meant any of the things mentioned in the email. JACOB DOMINIC ENRIQUEZ replied in sum and substance that he didn't mean the things in the email, that he meant no harm and that he loves America.

6.  On May 23, 2024, at approximately 2:00 P.M., SA Burkholder spoke with Victim A. Victim A confirmed that Victim A works as a Task Force Office for the Drug Enforcement Administration (DEA). Victim A lives in a cul de sac on Lenrey Avenue in El Centro, California. Victim A has a wife and children. Victim A stated that Victim A did not know JACOB DOMINIC ENRIQUEZ.

7.  SA Burkholder sent City of El Centro Police Department (ECPD) Officers to the Imperial County EMS office for the safety of staff. ECPD Officers also responded to Victim A's house and made contact with Victim A. For the safety of the victim, Victim A has been relocated.

8.  A search of JACOB DOMINIC ENRIQUEZ's criminal history revealed, that while he doesn't have any criminal convictions, he does have a restraining order enforced against him and in favor of another individual. This restraing order is in effect from

3

1  approximately May 5, 2023 until May 5, 2026. JACOB DOMINIC ENRIQUEZ is is
2  ordered to stay away from this person, their work, residence and vehicle.