# DEFENSE SENTENCING SUMMARY CHART

| Field | Value |
|---|---|
| Defendant's Name: | JACOB ENRIQUEZ 1/31/25 @ 9 am |
| Docket No.: | 24-cr-1330-CAB |
| Attorney's Name: | KEITH H. RUTMAN |
| Phone No.: | 619-237-9072 |
| Guideline Manual Used: | 2024 |
| Agree with USPO Calcs.: | yes |
| Base Offense Level: USSG § | 2A6.1(a) |
| (Drug Quantity if Applicable) | |
| Base Offense Level | 12 |
| Specific Offense Characteristics: 3A1.2 (official victim) | 6 |
| Adjustments: | |
| Adjusted Offense Level: ☐ Combined (Mult. Counts) ☐ Career Offender ☐ Armed Career Criminal | 18 |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 15 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| ☐ Career Offender  ☐ Armed Career Criminal | |
| Guideline Range: (Range limited by: ☐ Minimum Mandatory ☐ Statutory Maximum) | from: 18 months to: 24 months |
| Departures: 5K2.0 (combination of circumstances) | -2 |
| Adjusted Offense Level: | 13 |
| Resulting Guideline Range: | from: 15 months to: 21 months |
| Supervised Release Range: | 1-3 years |
| Fine Range: | 5.5K to 55K |
| Recommendation: | time served per 18 U.S.C. § 3553(a), up to 90 days home confinement. No fine, $100 Penalty Assessment, 3 years SR and immediate enrollment in mental health treatment. |